UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| **OUTTEN III, ALLEN EARL** | ) Bankruptcy Case No. 18-81261 TML |
| **OUTTEN, HELEN MARGARET** | ) Chapter 7 |
| | ) |
| Debtor(s). | ) |

### CERTIFICATE OF SERVICE

The undersigned certifies that on February 19, 2019, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

    OUTTEN III, ALLEN EARL
    OUTTEN, HELEN MARGARET
    10825 EDISON RD
    MACHESNEY PARK, IL 61115-7460

    DENNIS M. MCDOUGALL
    127 NORTH WYMAN STREET, SUITE 200
    ROCKFORD, IL 61101
    *(VIA ECF Electronic Transmission)*

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

US Cellular
by American InfoSource as agent
PO Box 248838
Oklahoma City, OK 73124-8838

Northstar Credit Unoin
3S555 Winfield Rd
Warrenville, IL 60144

First National Bank of Omaha
1620 Dodge Street, Stop code 3105
Omaha, NE 68197

Capital One, N.A.
PO Box 71083
Charlotte, NC 28272-1083

ACAR Leasing LTD
d/b/a GM Financial Leasing
POB 183853
Arlington, TX 76096

Fair Square Financial LLC
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

PYOD, LLC its successors and assigns as assignee
of MHC Receivables, LLC and FNBM, LLC
Resurgent Capital Services,PO Box 19008
Greenville, SC 29602

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Quantum3 Group LLC as agent for
Velocity Investments LLC
PO Box 788
Kirkland, WA 98083-0788

Verizon
by American InfoSource as agent
PO Box 248838
Oklahoma City, OK 73124-8838

LVNV Funding, LLC its successors and assigns as
Avant Capital Partnership I Trust
Resurgent Capital Services,PO Box 10587
Greenville, SC 29603-0587

CREDIT FIRST NA
PO BOX 818011
CLEVELAND, OH 44181

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Rockford Mercantile Agency
2502 S Alpine Rd
Rockford, IL 61108-7813

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41031
Norfolk, VA 23541

PYOD, LLC its successors and assigns as assignee
of Synchrony Bank
Resurgent Capital Services,PO Box 19008
Greenville, SC 29602

Citibank, N.A.
Payment Center
4740 121st Street
Urbandale, IA 50323

/s/ Debbie M. Harris

JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com